UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT CHEN,

Petitioner,

v.

JUNYING HAO,

Respondent.

NO. 2:26-mc-00033-JNW

**(PROPOSED) ORDER GRANTING PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY NON-PARTY JUNYING HAO**

**NOTING DATE: JUNE 12, 2026**

This matter came before the Court on Petitioner's Motion to Compel Compliance with Subpoena by Non-Party Junying Hao. The Court considered Petitioner's motion, Respondent's response, and Petitioner's reply, and is otherwise fully apprised.  Now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's Motion to Compel is GRANTED. Ms. Hao shall produce all documents responsive to the Subpoena attached as Exhibit A to the Declaration of Kevin Crenny within 7 days of this order.

(PROPOSED) ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY NON-PARTY JUNYING HAO - 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this _____ day of _____, 2026.


_____
U.S. District Court Judge


Presented by:


CORR CRONIN LLP

*s/ Colin M. George*
Colin M. George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600
cgeorge@corrcronin.com

*Attorney for Petitioner Robert Chen*


(PROPOSED) ORDER GRANTING MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA BY NON-PARTY
JUNYING HAO - 2