| | |
|---|---|
| **From:** | Roth, Elizabeth |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | George, Colin |
| **Subject:** | Miscellaneous Action |
| **Date:** | Friday, May 15, 2026 3:35:34 PM |
| **Attachments:** | 2026-05-15 (P) Order to MTC.pdf |
| | 2026-05-13 Decl. of Kevin Crenny ISO MTC.pdf |
| | 2026-05-15 Chen__JS-44.pdf |
| | 2026-05-15 (P) Order to MTC.docx |
| | 2026-05-15 Motion to Compel.pdf |

<mark>**CAUTION - EXTERNAL:**</mark>

Please see attached to file a Miscellaneous Action:

- Civil Cover Sheet
- Motion to Compel – Robert Chen Petitioner v Junying Hao Respondent
- Declaration of Kevin Crenny with Exhibits
- Proposed Order in PDF and Word format

Thank you.

To contact for payment please call 610-574-0687 – the office number below is invalid.

**Elizabeth Roth**  Legal Assistant

**CORR | CRONIN**

1015 Second Avenue, Floor 10 | Seattle, WA 98104-1001

P: 206-625-8600 | D: 206-501-3519 | F: 206-625-0900

eroth@corrcronin.com  |  www.corrcronin.com

Notice: This electronic message transmission contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify the sender and delete the copy you received.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>